**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DEAD SEASON LLC,**

    **Plaintiff,**

**v.**                                     **CASE NO.:**

**DOES 1-317,**

    **Defendants.**
_____/

**PLAINTIFF DEAD SEASON LLC'S RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff, Dead Season, LLC, hereby states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: October 29, 2012                Respectfully submitted,

                                                   s/ Richard E. Fee
                                                   Richard E. Fee
                                                   Florida Bar No. 813680
                                                   IP ENFORCEMENT LAW GROUP P.A.
                                                   1227 N. Franklin Street
                                                   Tampa, Florida 33602
                                                   (813) 490-6050
                                                   (813) 490-6051 (Facsimile)
                                                   rfee@ipenforcementlaw.com

                                                   Trial Counsel for Plaintiff,
                                                   Dead Season, LLC